UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 1 6 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

NO. 7:14-MJ-1112-JG

IN THE MATTER OF THE SEARCH OF )
a residence at 5363 Old Fayetteville Rd., ) ORDER
Garland, North Carolina 28441 )

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter, with the exception of Attachments "A" and "B" to the Application, and the instant Motion to Seal, be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the FBI and the Office of the United States Attorney.

This 13 day of July, 2014.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

Cpy to Agent

3