UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-MJ-1112

In the Matter of the Search of a ) 
residence at 5363 Old Fayetteville )   O R D E R
Rd., Garland, North Carolina 28441 )

Upon motion of the Government, and for good cause shown, the Clerk of Court is hereby directed to unseal the search warrant application, affidavit and attachments thereto, and the motion and order to seal, which were filed July 16, 2014, in the captioned matter.

SO ORDERED, this 31st day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE